IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DACEY MAURICE JONES,           )
                               )
           Petitioner,         )
                               )
     v.                        )         1:13CR405
                               )         1:16CV198
UNITED STATES OF AMERICA,      )
                               )
           Respondent.         )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 7, 2016, was served on the parties in this action. (Docs. 41, 42.) No objections were filed within the time limits prescribed by § 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion to Amend/Supplement (Doc. 31) is DENIED.

    /s/   Thomas D. Schroeder
United States District Judge

October 18, 2016